## ALEXANDER LACKS *v.* COMMISSIONER OF CORRECTION

The petitioner Alexander Lacks' petition for certification for appeal from the Appellate Court, 87 Conn. App. 225 (AC 24533), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.